| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Christopher Collins, Esq., Bar #189093<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone No: 619-231-1058    FAX No: 619-231-7423 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: | |
| United States District Court - Central District Of California | |
| Plaintiff: Jannet Linder, et al. | |
| Defendant: Carrier IQ, Inc., et al., | |

| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | CV1110108RSWL(PJWx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons:Class Action Complaint; Civil Cover Sheet; Notice of Assignment to United States Magistrate Judge for Discovery; Certification as to Interested Parties; Clerk's Office Pamphlet; USDC Central District of CA Civility & Professionalism Guidelines; Notice to Counsel; CM/ECF Attorney Information Update Form

3. a. Party served:            HTC America, Inc.
   b. Person served:           Kim Arnett, General Counsel / Authorized to Accept Service

4. Address where the party was served:    13920 SE Eastgate Way, Suite 400
                                          Bellevue, WA 98005

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Dec. 09, 2011 (2) at: 12:20PM

7. **Person Who Served Papers:**                     Fee for Service:
   a. Janelle Thorstad
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I declare under penalty of perjury under the laws of the State of WASHINGTON and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE                    (Janelle Thorstad)
                                                              chcol.124847

127763